No. 495. EDWARD B. PRYOR AND EDWARD F. KEARNEY, RECEIVERS OF THE WABASH RAILROAD COMPANY, PLAINTIFFS IN ERROR, *v.* LAURA CHRISTY, ADMINISTRATRIX OF THE ESTATE OF EDWARD F. CHRISTY, DECEASED. In error to the Kansas City Court of Appeals of the State of Missouri. Motion to dismiss submitted April 15, 1918. Decided April 22, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. James L. Minnis* for plaintiffs in error. *Mr. Bruce Barnett* for defendant in error.